**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x
In re                                                                      :
                                                                               :         Chapter 7
RASHAWN R. RUSSELL,                                   :
                                                                               :         Case No. 22−42185 (NHL)
                                   Debtor.                        :
-----------------------------------------------------------x

## DECLARATION OF SERVICE

Pursuant to 28 U.S.C. § 1746, I hereby declare that the following is true and correct to the best of my knowledge, information and belief:

1. I am over the age of 18, am not a party to this action, and am employed by Klestadt Winters Jureller Southard & Stevens, LLP located at 200 West 41st Street, 17th Floor, New York, New York, 10036.

2. On the 14th day of September 2022, I served copies of:

- Involuntary Petition Against Individual [Docket No. 1]; and
- Summons to Debtor in Involuntary Case [Docket No. 2]

by first class mail, by depositing true copies thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within New York State upon:

Rashawn R. Russell
1734 Flatbush Avenue
Brooklyn, NY 11210

I declare under penalty of perjury that the foregoing is true and correct.

Executed: September 14, 2022

                                                                            */s/Kristen Strine*
                                                                            Kristen Strine