UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------x

In re:

**Rashawn R. Russell**

Case No. **22-42185-nhl**

Chapter 7

**ORDER OF RELIEF**

**Debtor**
-------------------------------------------------------x

    An involuntary petition having been filed on  September 13, 2022  against the above-named Debtor; it is

    **ORDERED**, that pursuant to 11 U.S.C. § 303(h), relief under Chapter 7 of the Bankruptcy Code (title 11 of the United States Code) is hereby granted; and it is further

    **ORDERED**, that pursuant to Fed. R. Bankr. P. 1007(a)(2), the Debtor is required to file within 7 days of the entry of this order a list of creditors; and it is further

    **ORDERED**, that pursuant to Fed. R. Bankr. P. 1007(c) and 1007(f), the debtor is required to file within 14 days of the entry of this order all schedules and statements, and an Official Form 121; and it is further

    **ORDERED**, that in the event the Debtor fails to file the aforesaid list of creditors, schedules and statements, the petitioning creditors are directed to file the same within 21 days of the date of this order, pursuant to Fed. R. Bankr. P. 1007(k); and it is further

    **ORDERED**, that the Clerk of the Court serve a copy of this Order forthwith by mail, upon the Debtor at its last known address, the U.S. Trustee and the Petitioning Creditors.



Dated: October 21, 2022
Brooklyn, New York

_____
**Nancy Hershey Lord**
**United States Bankruptcy Judge**

**Individual**