UNITED STATES BANKRUTPCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------X
In re:

                                                           Chapter 7

Rashawn R. Russell,

                                                           Case No. 22-42185-nhl

                           Debtor.
----------------------------------------------------X

## APPLICATION FOR AN ORDER AUTHORIZING THE RETENTION
## OF ROSENBERG, MUSSO & WEINER AS ATTORNEYS FOR TRUSTEE

TO:    THE HONORABLE NANCY HERSHEY LORD
         UNITED STATES BANKRUPTCY COURT

The application of Robert J. Musso, respectfully submits as follows:

1. That your applicant is the Trustee ("Trustee") of the above captioned case, duly qualified and acting in said capacity.

2. On September 13, 2022 the case was commenced by the filing of an involuntary petition under chapter 7 against Rashawn R. Russell.

3. An order for relief was entered on October 21, 2022.

4. The trustee believes he will need the assistance of experienced bankruptcy counsel to represent him and the estate.

5. The Trustee, without success, attempted on several occasions, to obtain the Debtor's cooperation. The Debtor has not filed schedules.

6. On November 1, 2022 the Trustee sent a letter to the Debtor with copy of the order for relief and the clerk's notice of the meeting of creditors. There has been no response.

7. The Debtor did not appear at the scheduled meeting of creditors on November 28, 2022 and December 14, 2022.

8. At the hearing on December 14, 2022, one of the petitioning creditors and his counsel appeared.

9. The creditor told the Trustee he and other creditors invested significant money with the Debtor. The creditor attempted to contact the Debtor pre-petition without success. The Trustee has learned the creditors transferred funds to the Debtor by wire transaction and has provided account information that could be helpful to the Trustee.

10. The Trustee contemplates conducting a 2004 examination of Citibank and First Republic bank to hopefully discover the whereabouts of estate property.

11. The Trustee will need counsel to draft and submit the appropriate applications for orders to the court.

12. Bruce Weiner, Esq., of the law firm of Rosenberg, Musso & Weiner, LLP (the "Firm") is an experienced bankruptcy attorney very capable of representing the Trustee and the estate. He will be the attorney primarily responsible for rendering legal services in this case.

13. To the best of the Trustee's knowledge, the Firm represents no interest adverse to either the estate or its creditors.

WHEREFORE, the Trustee respectfully requests the application for retention of Rosenberg, Musso & Weiner, LLP as general counsel to the estate to be granted.

Dated: Brooklyn, New York
December 14, 2022

                                       */s/Robert J. Musso*
                                       Robert J. Musso, Chapter 7 Trustee
                                       26 Court Street, Suite 2211
                                       Brooklyn, New York 11242