UNITED STATES BANKRUTPCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------X
In re:

Rashawn R. Russell,

                        Debtor.

------------------------------------------------------X

                                                Chapter 7

                                                Case No. 22-42185-nhl

**ORDER AUTHORIZING RETENTION OF ROSENBERG, MUSSO & WEINER, LLP
AS ATTORNEYS FOR TRUSTEE**

UPON the application of Robert J. Musso, the Chapter 7 Trustee, dated December 14, 2022 for authorization to retain the firm Rosenberg, Musso & Weiner, LLP (the "Firm"), as counsel to the Trustee (the "Application") and upon the affidavit of Bruce Weiner, Esq., sworn to on the 14th day of December 2022 (the "Affidavit"), and it appearing that Rosenberg, Musso & Weiner, LLP does not hold any adverse interest to the Debtor's bankruptcy estate and is a "disinterested person" as the term is defined in 11 U.S.C. § 101(14); and after due deliberation, it is hereby;

ORDERED, that pursuant to 11 U.S.C. §327(a), the Trustee is hereby authorized to retain the Firm as counsel to the Trustee to the extent provided for in the Application and Affidavit, effective as of September 13, 2022; it is further

ORDERED, pursuant to section 327(a), the Firm shall seek compensation for legal services upon the application to the Court, and upon notice and a hearing pursuant to 11 U.S.C. §§ 330 and 331 and Bankruptcy Rule 2014 and E.D.N.Y. LBR 2014-1 and the Guidelines of the Office of the United States Trustee; and it is further

ORDERED, that ten (10) business days prior to any increases in the Firm's billing rates for any individual employed by the Firm and retained by the Trustee pursuant to Court Order, the

Firm shall file a supplemental affidavit with the Court setting forth the basis for the requested rate increase pursuant to 11 U.S.C. § 330(a)(3)(F). Parties in interest, including the Office of the United States Trustee, retain all rights to object to or otherwise respond to any rate increase on any and all grounds, including, but not limited to the reasonableness standard under 11 U.S.C. § 330. Supplemental affidavits are not required for rate increases effective on or after the date of the Trustee submits the Trustee's Final Report to the United States Trustee.

NO OBJECTION
UNITED STATES TRUSTEE

By: /s/Rachel Wolf, Esq.
Dated: New York, New York
      December 22, 2022



Dated: December 28, 2022
Brooklyn, New York

_____
Nancy Hershey Lord
United States Bankruptcy Judge